IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| CRAIG SCOTT | : | |
| --- | --- | --- |
| | : | |
| v. | : | CIVIL NO. CCB-16-2042 |
| | : | Criminal No. CCB-95-0202 |
| UNITED STATES OF AMERICA | : | |

...o0o...

# **MEMORANDUM**

Federal prison inmate Craig Scott has filed a petition under 28 U.S.C. § 2255 seeking to vacate his convictions under 18 U.S.C. § 924(c) for use of a firearm in connection with a crime of violence, specifically armed bank robbery. He relies on the Supreme Court's decision in *Johnson v. United States*, 135 S. Ct. 2551 (2015). The Fourth Circuit granted his request to file a successive § 2255 as to the *Johnson* issue only.

Scott's petition must be denied. The Fourth Circuit has held that a bank robbery conviction under 18 U.S.C. § 2113(a) is a crime of violence. *United States v. McNeal*, 818 F.3d 141, 153 (4th Cir. 2016). Accordingly, the petition will be denied by a separate Order which follows. No certificate of appealability will be issued.[1]

| May 3, 2017 | /S/ |
| --- | --- |
| Date | Catherine C. Blake |
| | United States District Judge |

---

[1] Scott is free to seek a certificate of appealability from the Fourth Circuit.